Cause No. WI127465(A)

28,964-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 03 2015

Abel Acosta, Clerk

MARK MILLIGAN
TDCJ ID 1883403
Relator

Felicia Pitre, DALLAS CO.
District Clerk In her
OFFICIAL Capacity
Respondant

X
X
X
X
X
X

TEXAS COURT OF
CRIMINAL APPEALS

A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS
To THE HONORABLE JUDGE of SAID COURT:

Comes NOW, MARK MILLIGAN, Relator, PROSE IN the Above styled AND Numbered Cause of Action AND files this Original Application for Writ of MANDAMUS, PURSUANt to Article 13.03 of the Texas Civil Practice AND Remedies code. And would show the following.

B. Relator

1.01 MARK MILLIGAN, TDCJ # 1883403 IS AN OFFENder IN the Texas Department of Criminal Justice AND Is Appearing PRO se, Who CAN be located At: Scott Unit, 6999 Retrieve Rd, Angleton TX 77515.

1.02 Relator has exhausted his Remedies; and has No OTHERS Remedies At LAW.

1.03 The Act sought to be Compelled is ministRial, (Not Discretionary) IN Nature. Texas Rules of Appelate Procedure 52.7 Requires service of all files for INClusion IN the Record must - At the same time - Serve each of the Parties. Rule 52.1 of Texas App. Proc. describes A WRIT OF HabeAs CoRpus AS AN ORiginAl Appellate pRoceeding seeking extroodinary Relief

This document contains some
that are of poor quality
me of imaging.

1.04: ON September 24, 2015 the The 291st Dallas County District Court issued "Magistrate's Proposed Finding of Fact And Conclusions of Law" IN A Writ of Habeas Corpus Application, this included filings Never served upon the Applicant, Relator here. The filings include AN "Affidavit by Brad Lollar", "the Court Reporter" And "Reporter's Record" As well As the "entire contents of the Courts file IN Cause NO. F1127465". Relator has Not had Any of these items served upon him, this has made it impossible to respond or object to these finding. He has made Several request to the district clerk Requesting these filings (Exhibit A.) by U.S. Mail. No Response has been Recieved.

II.

C. Respondent

Respondent, Felicia Pitre, IN her official capacity As District Clerk of Dallas County, Texas has a ministral duty to Recieve And file All papers IN Criminal Proceedings, And perform all other duties imposed on the clerk by law pursuant to T.C.C.P. Art 2.21 to require All papers filed IN AN original Appellate proceeding to also be sent to each party At the same time TX. Rules of Appelate Procedure 52.7. Felicia Pitre MAY be served At 133 N. Riverfront, LB 12 Dallas TX 75207-4300

II

To date, Relator has recieved NO response from Respondant As to Relator's request to be served these filings used by the MAGISTRATE IN the Proposed finding of facts And Conclusions of Law".

## IV

Relator would ask for Judicial Notice That the 291st Dallas County TX, District Clerk Court is not the Original Trial Court. That the Original Trial Court was the 363rd Judicial District Court who Recused herself from the CAUse # W1127465; And, F1127466 that was Acquited by Judge Susan Hawk, the Current Dallas County District Attorney. Magistrate, C.M. Sams, And Judge Stephanie Mitchell have only the limited, undeveloped Record And Applicant And Attorney Brad Lollar's input. Brad And the Court have the trial transcripts, Court file, Reporter Record And Affidavits Not Available to Relator which they Are using to deny Relators claims with out allowing him the same Access to develop the Record And his claims. TX Appellate Procedure 52.7 And 52.1 cleakly Require All or each PARty to be served At the same time. As Relator has the burder of proff in this Action he should have evidence And filings to the Court served to him to allow for Answer Rebuttal And objections where Applicable to satisfy his 6th And 14th Amendment of the U.S.C.A; And the Texas Constitution And Texas Appelate Procedures.

## V

### Prayer For Relief

Wherefore, Premises Considered, Relator Mark Milligan, Pro Se Respectfully Request A finding that the Respondant did Not transmit the Affidavit of Brad Lollar, Clerks Record the Reporters Record, judgment, sentence, docket sheets And other exhibits And evidentary matter filed in the trial Records of Cause Number W1127465, As Required by the Texas Rules Of Apelate Procedure Rules 52.7 and 52.1, within A Reasonable time, that they were Requested And that they should be Fowarded. That Relator has brought this Action in good faith And has substantially prevailed As Relator's Cause has merit

Relator Prays for An Order directing the Respondant to forthwith transmit the filing in this Cause by the district court to Also be served on Relator

By _Mark Milligan_
Relator

### Unsworn Declaration

I, MARK MILLIGAN, #1883403, being incarcerated in Scott Unit, T.D.C.J. I.D., in Brazoria County TX declare under the penalty of Perjury, Enhanced, I have Read said Writ And the facts Are true And Correct. Executed 12-3-15

_Mark Milli_
MARK MILLIGAN Relator Pro Se

## Certificate Of Service

I Hereby certify that a true Copy of the above Application for Writ of Mandamus was served Felicia Petre, Dallas County District Clerk, by placing ~~the same~~ a Copy of Addressed to 133 North Riverfront Blvd. LB 12 Dallas Texas 75207 on this day of December 3, 2015.

Mark Milligan
MARK MILLIGAN, Relator

CAUSE N° W1127465 (A)

MARK MILLIGAN        X

TDC#1883403 Relator      TEXAS COURT OF

Felicia Petre, Dallas Co.    X

District Clerk in Her     X    CRIMINAL APPEALS

Official Capacity       

         Respondant      X

## ORDER

The Dallas County, District Clerk is hereby ORDERED to:

Prepare a transcript of All papers in this cause and transmit the Clerk's Record, the Reporters Record, judgement, sentence, docket sheets, Brad Lollar's Affidavit, docket sheets and other exhibits and evidentiary matter filed in the trial Records of this cause to MARK MILLIGAN, By U.S. mail At: Scott Unit, 6999 Retrieve Rd., Angleton TX 77515 As Required by Texas Code of Appelate Procedure.

Signed And Entered This ____ day of _____ 2015.

MARK MILLIGAN
1883403   R.V
6999 Retrieve Rd
Angleton Tx 77515

TO: Felicia Pitre District Clerk
133 N. Riverfront, LB 12
DALLAS TX 75207-4300

RE: Service of records for Cause No. W1127465(A)

NOVEMBER 14, 2015

Dear Clerk, Felicia Pitre, Dallas County District Clerk

Greetings. I have made multiple attempt to ask that the filings in the Above Writ of Habeas Corpus be made available to me, which would require that they be mailed to me by U.S. mail.

Rules of Appelate Procedure 52.7 Requires Service of all material files for inclusion in the Record must - At the SAME time - Serve each party -

Rule 52.1 of Rules of Appelate Procedure describes A Writ of Habeas Corpus As an original Appellate Proceeding seeking extordinary Relief

On the 24th day of September 2015 in the Magistrate's Proposed finding of fact and conclusions of law uses the Court Reporter, Reporter's Record, Baad Lollar's Affidavit, filed July 16 2015, And the entire contents of the Court's file in Cause No. F-11-27465, The clerk's failure to foward these items to Applicant prejudices the Applicants to respond and to prove his Application.

I am asking for immediate Compliance with Rule 52 of TX. Rules of Appelate Procedure. failure to Act or Respond will be noted in A Writ of Mandamus to the Texas Court of Criminal Appeals.

Please Respond in A timely fashion.

Sincerely

Mark Milligan

Mark milligan, Applicant

MARK MILLIGAN
1883403 Scott Unit
6899 Retrieve Rd
ANGLETON TX
77515

NORTH HOUSTON TX 773

01 DEC 2015 PM 2 L

Texas Court of Criminal Appeals
P.O. Box 12308
CAPITOL STATION
Austin TX 78711